**236**

Emma J. (McDaniel) PIERCE, Appellant,

v.

Johnnie Ray McDANIEL and his wife,
Burnice McDaniel, Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

W. Pelham McMurry, McMurry & Livingston, Paducah, for appellant.

Tom Garrett, Paducah, for appellees.

Memorandum Opinion of the Court by Special Commissioner MICHAEL O. McDONALD, Affirming.*

Everett MITCHELL and Paul Jackson,
Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

William M. Scalf, Rose & Scalf, Williamsburg, for appellants.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Spec. Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

MIDWAY WHOLESALE COMPANY,
Appellant,

v.

Herman Harold BRENTS, an infant, by
Ethel Brents, his next friend.

Court of Appeals of Kentucky.

June 15, 1973.

H. Jefferson Herbert, Jr., Wilson, Herbert, Garmon & Gillenwater, Glasgow, for appellant.

Stokes A. Baird IV, Davis Williams, Munfordville, for appellee.

Memorandum Opinion of the Court by Special Commissioner RICHARD A. REVELL, Affirming.*

Bernie MATTINGLY, Sr., et al., Appellants,

v.

Donald A. GUENTHER, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

Harry L. Hargadon, Jr., John L. Harbolt, Hargadon, Hargadon, Lenihan & Harbolt, Louisville, for appellants.

Carl A. Henlein, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner JAMES PARK, Jr., Affirming.*

* Opinion ordered not to be published.